UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

```
KATZIR'S FLOOR & HOME DESIGN INC.
DBA NATIONAL HARDWOOD
FLOORING & MOULDING   Plaintiff,

        v.

UNITED STATES,
                      Defendant.
```

**S U M M O N S**

Court No. 24-00206

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry: Los Angeles | Center (if known): I&MM |
| Protest Number: 2704-24-170100 etc. | Date Protest Filed: 4/16/2024 |
| Importer: Katzir's Floor & Home Design Inc. dba ... | Date Protest Denied: 6/5/2024 & 6/14/2024 |
| Category of Merchandise: 2 layer and 3 layer wood flooring | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 34909992447 | 5/05/2018 | 3/29/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Kayla Owens, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388 Los Angeles CA 90017
Tel: (213) 630-8888   kowens@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

CBP assessment of AD & CVD on 2-layer flooring outside the scope of the AD/CVD order, & assessment of wrong rate.

The issue which was common to all such denied protests:

Whether the assessment of antidumping and countervailing duties on the imported wood flooring products is appropriate, and, if so, the proper rate under Commerce's instructions.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Kayla Owens
_____
Signature of Plaintiff's Attorney

November 21, 2024
_____
Date

## SCHEDULE OF PROTESTS

I&MM
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270424170100 | 4/16/2024 | 6/05/2024 | 34909992447 | 5/05/2018 | 3/29/2024 | 2704 |
| 270424170101 | 4/16/2024 | 6/05/2024 | 34909995564 | 5/22/2018 | 3/29/2024 | 2704 |
| 270424170102 | 4/16/2024 | 6/05/2024 | 34909990177 | 5/03/2018 | 3/29/2024 | 2704 |
| 270424170222 | 4/16/2024 | 6/14/2024 | 34909975665 | 2/22/2018 | 3/29/2024 | 2704 |
| 270424170129 | 4/16/2024 | 6/05/2024 | 34909997362 | 5/29/2018 | 3/29/2024 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)